UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 13-0923-MWF (JCGx)**    Date:  **March 11, 2013**

Title:    THR California, LLC -*v*- Anahid Markaryan

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present      None Present

PROCEEDINGS (IN CHAMBERS):  ORDER REMANDING ACTION

     On February 8, 2013, Defendant removed this action to federal court. The jurisdictional allegations appeared to be defective, and on February 21, 2013, the Court *sua sponte* issued an Order to Show Cause re Jurisdiction, directing Defendant to respond in writing no later than March 7, 2013. (Docket No. 6). Defendant did not respond to the Order to Show Cause.

     Accordingly, the Court concludes that it lacks jurisdiction over the claims at issue in this matter and *sua sponte* remands the action to California Superior Court.

     IT IS SO ORDERED.